■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY WRIGHT, Appellant. [662 NYS2d 266] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 24, 1996 (*People v Wright,* 228 AD2d 709), affirming a judgment of the County Court, Dutchess County, rendered January 6, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Pizzuto, Santucci and Altman, JJ., concur.